| | |
|---|---|
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>ROBERT P. DONOVAN (*pro hac vice*)<br>rdonovan@mdmc-law.com<br>LEWIS H. GOLDFARB<br>(*pro hac vice* to be filed)<br>lgoldfarb@mdmc-law.com<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey  07102<br>Telephone: (973) 622-7711<br>Facsimile: (973) 622-5314<br><br>SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>KEVIN J. DUNNE  Bar No. 40030<br>kevin.dunne@sdma.com<br>ANDREW J. KING Bar No. 253962<br>andrew.king@sdma.com<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, California 94105<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635<br><br>Attorneys for Defendants<br>HORNELL BREWING COMPANY, INC. d/b/a FEROLITO, VULTAGGIO & SONS, INC. and BEVERAGE MARKETING USA, INC. | BAKER LAW PC<br>G. RICHARD BAKER Bar No. 224003<br>richard@bakerlawpc.com<br>2229 First Avenue North<br>Birmingham, Alabama 35203<br>Telephone: (205) 241-9608<br>Facsimile: (205) 449-0050<br><br>JACKSON & TUCKER PC<br>JOSEPH L. TUCKER (*pro hac vice*)<br>josh@jacksonandtucker.com<br>2229 First Avenue North<br>Birmingham, Alabama 35203<br>Telephone: (205) 252-3535<br>Facsimile: (205) 252-3536<br><br>Attorneys for Plaintiffs<br>LAUREN RIES and SERENA ALGOZER<br><br>(*Additional counsel listed on signature page*) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAUREN RIES and SERENA ALGOZER, individuals on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>HORNELL BREWING COMPANY, INC., et al.,<br><br>          Defendants. | CASE NO. CV 10-01139 JF<br><br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EARLY NEUTRAL EVALUATION SESSION** |

TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD: THIS STIPULATION is entered into by and between plaintiffs, Lauren Ries and Serena Algozer ("Plaintiffs"), and defendants Hornell Brewing Company, Inc. d/b/a Ferolito Vultaggio & Sons, Inc. and Beverage Marketing USA, Inc. ("Defendants"), collectively referred to herein as the "Parties," by and through their attorneys of record and pursuant to Civil Local Rule 7-12 and ADR Local Rule 5-5.

WHEREAS, pursuant to an Order entered on July 23, 2010 (DE 47), this Court stayed the within action for a period of six months from July 23, 2010, pending referral of the matter to the United States Food and Drug Administration ("FDA").

WHEREAS, in its August 4, 2010 Notice of Appointment of Evaluator (DE-49), the Court appointed Sarah A. Good, Esq. of the firm Howard, Rich, Nemerovski, Canady, Falk & Rabkin as Evaluator ("Evaluator") for this case.

WHEREAS, by letter dated August 9, 2010, the Evaluator, in accordance with ADR L.R. 5-7, tentatively scheduled an initial telephone conference with all counsel for August 23, 2010 to address, *inter alia*, scheduling an Early Neutral Evaluation ("ENE").

WHEREAS, the Parties hereto have agreed that the scheduling of the ENE should be held in abeyance pending the stay imposed by this Court; and

NOW, THEREFORE, the Parties jointly request and HEREBY STIPULATE that the scheduling of the ENE session should be held in abeyance pending the stay of this action.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

DATED: August 19, 2010   SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ *Andrew J. King*
    Kevin J. Dunne (Bar No. 40030)
    Andrew J. King (Bar No. 253962)

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

By: /s/ *Robert P. Donovan*
    Robert P. Donovan (*pro hac vice*)
    Three Gateway Center
    100 Mulberry Street
    Newark, New Jersey  07102
    Telephone: (973) 622-7711
    Facsimile: (973) 622-5314

| | |
|---|---|
| | Attorneys for Defendants<br>HORNELL BREWING COMPANY, INC. d/b/a<br>FEROLITO, VULTAGGIO & SONS, INC., and<br>BEVERAGE MARKETING USA, INC. |
| DATED:  August 19, 2010 | JACKSON & TUCKER PC |
| | By: /s/ *Joseph. L. Tucker (with permission)*<br>     Joseph L. Tucker (*pro hac vice*) |
| | BAKER LAW PC<br>G. Richard Baker (Bar No. 224003)<br>2229 First Avenue North<br>Birmingham, Alabama 35203<br>Telephone: (205) 241-9608<br>Facsimile: (205) 449-0050 |
| | WILENTZ GOLDMAN & SPITZER P.A.<br>Kevin P. Roddy (Bar No. 128283)<br>Phillip A. Tortoreti (*pro hac vice* to be filed)<br>Daniel R. Lapinski (*pro hac vice*)<br>Suite 900 Box 10<br>Woodbridge, New Jersey 07095<br>Telephone: (732) 636-8000<br>Facsimile: (205) 449-0050 |
| | DL LAW GROUP<br>David D. Lilienstein (Bar No. 218923)<br>345 Franklin Street<br>San Francisco, California 94102<br>Telephone (415) 271-7169<br>Facsimile (415) 358-8484 |
| | Attorneys for Plaintiffs<br>LAUREN RIES and SERENA ALGOZER |

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, and good cause appearing therefor,

**IT IS SO ORDERED**.

DATED:  August 23, 2010

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE