\*\*E-Filed 12/13/2010\*\*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| LAUREN RIES and SERENA ALGOZER, individuals on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HORNELL BREWING COMPANY, INC., BEVERAGE MARKETING USA, INC., ARIZONA CORP., INC., PALM BEACH BREWING CO., LLC, FEROLITO VULTAGGIO & SONS, INC.,<br><br>Defendants. | Case No. 5:10-cv-01139-JF (PVT)<br><br>ORDER[1] LIFTING STAY AND DENYING MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>[Document No. 55] |

Plaintiffs Lauren Ries and Serena Algozer (collectively, "Plaintiffs") allege that Defendants Hornell Brewing Company, Inc.; Beverage Marketing USA, Inc.; Arizona Corp., Inc.; Palm Beach Brewing Co., LLC; and Ferolito Vultaggio & Sons, Inc. (collectively, "Defendants") have violated state consumer-protection laws in connection with labeling and advertising that, among other things, identifies high fructose corn syrup ("HFCS") and citric acid as "natural" ingredients. On July 23, 2010, the Court stayed the instant action for six months

---

[1] This disposition is not designated for publication in the official reports.

pursuant to the primary jurisdiction doctrine, referring to the United States Food and Drug Administration (the "FDA") the question of whether HFCS and citric acid are "natural" ingredients.  On December 7, 2010, Plaintiffs advised the Court that the FDA has declined to address the issue.

Accordingly, Plaintiffs seek to lift the stay, and Defendants do not oppose that request.  However, Plaintiffs also seek to continue a case management conference ("CMC") scheduled for December 17, 2010 so that the parties may proceed with an early neutral evaluation session to which they agreed before the stay was entered.  Defendants contend that the two matters are unrelated and that the CMC is necessary to address scheduling issues, including a briefing schedule for Defendants' renewed motion to dismiss.  The Court agrees that the current CMC date is appropriate and should not affect the early neutral evaluation process.

Good cause therefor appearing, the stay is lifted and the request to continue the CMC is denied.

IT IS SO ORDERED.

DATED: 12/13/2010

_____
JEREMY FOGEL
United States District Judge