| | |
|---|---|
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>ROBERT P. DONOVAN (*pro hac vice*)<br>rdonovan@mdmc-law.com<br>LEWIS H. GOLDFARB<br>(*pro hac vice* to be filed)<br>lgoldfarb@mdmc-law.com<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey  07102<br>Telephone: (973) 622-7711<br>Facsimile: (973) 622-5314<br><br>SEDGWICK LLP<br>KEVIN J. DUNNE  Bar No. 40030<br>kevin.dunne@sedgwicklaw.com<br>ANDREW J. KING Bar No. 253962<br>andrew.king@sedgwicklaw.com<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, California 94105<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635<br><br>Attorneys for Defendants<br>ARIZONA BEVERAGES USA LLC,<br>HORNELL BREWING CO., INC. d/b/a<br>FEROLITO, VULTAGGIO & SONS, INC.<br>and BEVERAGE MARKETING USA, INC. | BAKER LAW PC<br>G. RICHARD BAKER Bar No. 224003<br>richard@bakerlawpc.com<br>2229 First Avenue North<br>Birmingham, Alabama 35203<br>Telephone: (205) 241-9608<br>Facsimile: (205) 449-0050<br><br>JACKSON & TUCKER PC<br>JOSEPH L. TUCKER (*pro hac vice*)<br>josh@jacksonandtucker.com<br>2229 First Avenue North<br>Birmingham, Alabama 35203<br>Telephone: (205) 252-3535<br>Facsimile: (205) 252-3536<br><br>Attorneys for Plaintiffs<br>LAUREN RIES and SERENA ALGOZER<br><br>(*Additional counsel listed on signature page*) |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| LAUREN RIES and SERENA ALGOZER, individuals on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>ARIZONA BEVERAGES USA LLC, HORNELL BREWING COMPANY, INC., BEVERAGE MARKETING USA, INC., and FEROLITO, VULTAGGIO & SONS, INC.,<br><br>        Defendants. | CASE NO. CV 10-01139 JF<br><br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EARLY NEUTRAL EVALUATION SESSION** |

1  TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  THIS STIPULATION is entered into by and between plaintiffs, Lauren Ries and Serena Algozer

3  ("Plaintiffs"), and defendants, Arizona Beverages USA LLC, Hornell Brewing Co., Inc., d/b/a

4  Ferolito Vultaggio & Sons, Inc. and Beverage Marketing USA, Inc. ("Defendants"), collectively

5  referred to herein as the "Parties," by and through their attorneys of record and pursuant to Civil

6  Local Rule 7-12 and ADR Local Rule 5-5.

7  WHEREAS, the Alternate Dispute Resolution Program conducted a telephone conference

8  call with the Parties on May 17, 2011, to discuss scheduling the Early Neutral Evaluation

9  ("ENE");

10  WHEREAS, the Plaintiffs filed an Amended Complaint on May 4, 2011 and Defendants

11  intend to file a motion to dismiss in response; and

12  WHEREAS, the Parties agree that the ENE should take place after the motion to dismiss

13  is adjudicated and an answer is filed;

14  NOW, THEREFORE, the Parties jointly request and HEREBY STIPULATE that the

15  ENE session shall take place within 60 days after Defendants file an answer to Plaintiffs'

16  Amended Complaint.

17  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

18  DATED:  May 19, 2011          SEDGWICK LLP

19                                By:  /s/ *Andrew J. King*
                                      Kevin J. Dunne (Bar No. 40030)
20                                    Andrew J. King (Bar No. 253962)

21                                MCELROY, DEUTSCH, MULVANEY & CARPENTER,
                                  LLP
22
                                  By:  /s/ *Robert P. Donovan*
23                                    Robert P. Donovan (*pro hac vice*)
                                      Three Gateway Center
24                                    100 Mulberry Street
                                      Newark, New Jersey  07102
25                                    Telephone: (973) 622-7711
                                      Facsimile: (973) 622-5314
26                                    Attorneys for Defendants
                                      ARIZONA BEVERAGES USA LLC, HORNELL
27                                    BREWING COMPANY, INC. d/b/a FEROLITO,
                                      VULTAGGIO & SONS, INC., and BEVERAGE
28                                    MARKETING USA, INC.

DATED:     May 19, 2011          JACKSON & TUCKER PC

By:  /s/ *Joseph L. "Josh" Tucker* (with permission)
Joseph L. Tucker (*pro hac vice*)
2229 First Avenue North
Birmingham, Alabama 35203
Telephone: (205) 252-3535
Facsimile: (205) 252-3536

BAKER LAW PC
G. RICHARD BAKER Bar No. 224003
richard@bakerlawpc.com
2229 First Avenue North
Birmingham, Alabama 35203
Telephone: (205) 241-9608
Facsimile: (205) 449-0050

WILENTZ GOLDMAN & SPITZER P.A.
Kevin P. Roddy (Bar No. 128283)
Phillip A. Tortoreti (*pro hac vice*)
Daniel R. Lapinski (*pro hac vice*)
Suite 900 Box 10
Woodbridge, New Jersey 07095
Telephone: (732) 636-8000
Facsimile: (205) 449-0050

DL LAW GROUP
David D. Lilienstein (Bar No. 218923)
345 Franklin Street
San Francisco, California 94102
Telephone (415) 271-7169
Facsimile (415) 358-8484

Attorneys for Plaintiffs
LAUREN RIES and SERENA ALGOZER

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, and good cause appearing therefor,

**IT IS SO ORDERED**.

DATED: 6/8/11

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE