United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| LAUREN RIES, ET AL., | ) | Case No.: C 10-01139 JF (PSG) |
| Plaintiffs, | ) ) | **ORDER REGARDING STIPULATED PROTECTIVE ORDER** |
| v. | ) ) | |
| ARIZONA BEVERAGES USA LLC, ET AL., | ) | (Re: Docket No. 82) |
| Defendants. | ) ) ) | |

The parties have submitted a stipulated proposed protective order to the court for approval. A portion of the proposed protective order, however, must be revised. The first sentence of Paragraph 16 describes a procedure by which a party may seek the return or destruction of Confidential and Attorney's Eyes Only Material from the court at the end of the litigation. The return or destruction of sealed material in the court's possession is not consistent with the court's rules regarding retention of files. Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a revised proposed protective order in which this sentence has been removed.

Dated: 8/4/2011

PAUL S. GREWAL
United States Magistrate Judge

Case No.: 10-1139 JF (PSG)
ORDER