| | |
|---|---|
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>ROBERT P. DONOVAN (*pro hac vice*)<br>rdonovan@mdmc-law.com<br>LEWIS H. GOLDFARB<br>(*pro hac vice* to be filed)<br>lgoldfarb@mdmc-law.com<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey  07102<br>Telephone: (973) 622-7711<br>Facsimile: (973) 622-5314<br><br>SEDGWICK LLP<br>KEVIN J. DUNNE  Bar No. 40030<br>kevin.dunne@sedgwicklaw.com<br>ANDREW J. KING Bar No. 253962<br>andrew.king@sedgwicklaw.com<br>333 Bush Street, 30th Floor<br>San Francisco, California 94104<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635<br><br>Attorneys for Defendants<br>ARIZONA BEVERAGES USA LLC,<br>HORNELL BREWING CO., INC. d/b/a<br>FEROLITO, VULTAGGIO & SONS, INC.<br>and BEVERAGE MARKETING USA, INC. | BAKER LAW PC<br>G. RICHARD BAKER Bar No. 224003<br>richard@bakerlawpc.com<br>2229 First Avenue North<br>Birmingham, Alabama 35203<br>Telephone: (205) 241-9608<br>Facsimile: (205) 449-0050<br><br>JACKSON & TUCKER PC<br>JOSEPH L. TUCKER (*pro hac vice*)<br>josh@jacksonandtucker.com<br>2229 First Avenue North<br>Birmingham, Alabama 35203<br>Telephone: (205) 252-3535<br>Facsimile: (205) 252-3536<br><br>Attorneys for Plaintiffs<br>LAUREN RIES and SERENA ALGOZER<br><br>(*Additional counsel listed on signature page*) |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN RIES and SERENA ALGOZER, individuals on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>ARIZONA BEVERAGES USA LLC, HORNELL BREWING COMPANY, INC., BEVERAGE MARKETING USA, INC., and FEROLITO, VULTAGGIO & SONS, INC.,<br><br>   Defendants. | CASE NO. CV 10-01139 RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EARLY NEUTRAL EVALUATION SESSION** |

1 TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 THIS STIPULATION is entered into by and between plaintiffs, Lauren Ries and Serena Algozer

3 ("Plaintiffs"), and defendants, Arizona Beverages USA LLC, Hornell Brewing Co., Inc., d/b/a

4 Ferolito Vultaggio & Sons, Inc. and Beverage Marketing USA, Inc. ("Defendants"), collectively

5 referred to herein as the "Parties," by and through their attorneys of record and pursuant to Civil

6 Local Rule 7-12 and ADR Local Rule 3-3 (c).

7 WHEREAS, the Alternate Dispute Resolution Program conducted a telephone conference

8 call with the Parties on November 21, 2011, to discuss the status of conducting the Early Neutral

9 Evaluation ("ENE");

10 WHEREAS, the deadline to conduct the ENE is December 6, 2011 as per Court order;

11 WHEREAS there is an ENE currently scheduled to take place on December 5, 2011 at

12 11:00 am;

13 WHEREAS, counsel for Plaintiffs and Defendants previously conducted an Early Neutral

14 Evaluation in a related matter, filed in the United States District Court, for the Southern District

15 of California, bearing caption, *Hitt v. Arizona Beverage* (Civ. No., 08-cv-WQH (POR)). See

16 Copy of Order annexed as Exhibit "A";

17 WHEREAS the parties' counsel have conferred and have agreed to seek to be excused or

18 otherwise relieved from the obligation to conduct the ENE in this action given the prior Early

19 Neutral Evaluation conducted in the *Hitt* matter;

20 NOW, THEREFORE, the Parties jointly request and HEREBY STIPULATE that the

21 parties be excused and/or relieved from conducting an ENE session.

22 **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

23 DATED: November 21, 2011  SEDGWICK LLP

24     By: */s/ Andrew J. King*
        Kevin J. Dunne (Bar No. 40030)
25         Andrew J. King (Bar No. 253962)

26 MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

27

28     By: */s/ Robert P. Donovan*
        Robert P. Donovan (*pro hac vice*)
        Three Gateway Center

CASE NO. CV 10-01139 RS

SF/2632391v11  STIPULATION AND [PROPOSED] ORDER REGARDING EARLY NEUTRAL EVALUATION SESSION

|   |   |
|---|---|
| | 100 Mulberry Street<br>Newark, New Jersey 07102<br>Telephone: (973) 622-7711<br>Facsimile: (973) 622-5314<br>Attorneys for Defendants<br>ARIZONA BEVERAGES USA LLC, HORNELL BREWING COMPANY, INC. d/b/a FEROLITO, VULTAGGIO & SONS, INC., and BEVERAGE MARKETING USA, INC. |

DATED: November 21, 2011

By: */s/ Joseph L. "Josh" Tucker* (with permission)
Joseph L. Tucker, Esq.
JACKSON & TUCKER PC
Joseph L. Tucker (admitted *pro hac vice)*
2229 First Avenue North
Birmingham, Alabama 35203
Telephone: (205) 252-3535
Facsimile: (205) 252-3536

WILENTZ GOLDMAN & SPITZER P.A.
Kevin P. Roddy (Bar No. 128283)
Phillip A. Tortoreti (*pro hac vice* to be filed)
Daniel R. Lapinski (*pro hac vice* to be filed)
Suite 900 Box 10
Woodbridge, New Jersey 07095
Telephone: (732) 636-8000
Facsimile: (205) 449-0050

DL LAW GROUP
David D. Lilienstein (Bar No. 218923)
345 Franklin Street
San Francisco, California 94102
Telephone (415) 271-7169
Facsimile (415) 358-8484

Attorneys for Plaintiffs
LAUREN RIES and SERENA ALGOZER

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, and good cause appearing therefor,

**IT IS SO ORDERED**.

DATED: November 21, 2011         _____
                                 THE HONORABLE RICHARD SEEBORG
                                 UNITED STATES DISTRICT JUDGE

CASE NO. CV 10-01139 RS

SF/2632391v12   STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EARLY NEUTRAL EVALUATION SESSION

# EXHIBIT A

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI HITT, individually and on behalf of all others similarly situated,<br><br>                             Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGE CO., LLC; HORNELL BREWING COMPANY, INC.; FEROLITO VULTAGGIO & SONS INC.,<br><br>                             Defendants. | Civil No.   08-cv-809-WQH (POR)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

On April 24, 2009, the Court held an Early Neutral Evaluation. Appearing before the Court were: Richard Baker, Esq., Joseph L. Tucker, Esq., and Anna Dean Farmer, Esq., counsel for Plaintiff; Plaintiff Heidi Hitt; Robert Donovan, Esq., and Meryl Maneker, Esq., counsel for Defendants; and Brad Galbreth, a representative of Defendants. The case did not settle. After consulting with counsel and discussing compliance with Federal Rule of Civil Procedure 26, IT IS HEREBY ORDERED:

1. The Rule 26(f) conference shall be completed on or before **May 20, 2009**. At the Rule 26(f) conference, in addition to the subject matters set forth in Rule 26, the parties shall discuss the following:

    a.   Possible settlement options.

    b.   Timing for the class certification motion.

//

   c. Bifurcating discovery as between issues related solely to class certification and issues related to the merits.

   d. Discovery in this case.

   e. Concept of a national settlement.

2. A Discovery Plan shall be lodged with the chambers of the Honorable Louisa S Porter via email to efile_porter@casd.uscourts.gov on or before **June 1, 2009**.

3. Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A-D), initial disclosures shall be made on or before **June 12, 2009**.

4. Pursuant to Federal Rule of Civil Procedure 16(b), a Case Management Conference shall be held on **June 19, 2009 at 10:30 a.m.** The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Ms. Maneker shall initiate and coordinate the call.

5. Discovery shall be stayed until the Case Management Conference.

6. Plaintiff's counsel shall serve a copy of this order on any parties that enter this case hereafter.

7. Failure of any counsel or party to comply with this order may result in sanctions.

**IT IS SO ORDERED.**

DATED: April 28, 2009

              _____
               LOUISA S PORTER
               United States Magistrate Judge

cc: The Honorable William Q. Hayes
   all parties