| | |
|---|---|
| McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>ROBERT P. DONOVAN (Appearing *Pro Hac Vice*)<br>rdonovan@mdmc-law.com<br>LEWIS H. GOLDFARB (*Pro Hac Vice* to be filed)<br>lgoldfarb@mdmc-law.com<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>Telephone:  (973) 622-7711<br>Facsimile:   (973) 622-5314<br><br>SEDGWICK LLP<br>KEVIN J. DUNNE (Bar No. 40030)<br>kevin.dunne@sedgwicklaw.com<br>333 Bush Street, 30th Floor<br>San Francisco, California 94104<br>Telephone:  (415) 781-7900<br>Facsimile:   (415) 781-2635<br><br>Attorneys for Defendants<br>ARIZONA BEVERAGES USA LLC,<br>HORNELL BREWING CO., INC., d/b/a<br>FEROLITO, VULTAGGIO & SONS, INC.<br>and BEVERAGE MARKETING USA, INC. | BAKER LAW PC<br>G. RICHARD BAKER Bar No. 224003<br>richard@bakerlawpc.com<br>2229 First Avenue North<br>Birmingham, Alabama 35203<br>Telephone: (205) 241-9608<br>Facsimile: (205) 449-0050<br><br>JACKSON & TUCKER PC<br>JOSEPH L. TUCKER (*pro hac vice*)<br>josh@jacksonandtucker.com<br>2229 First Avenue North<br>Birmingham, Alabama 35203<br>Telephone: (205) 252-3535<br>Facsimile: (205) 252-3536<br><br>Attorneys for Plaintiffs<br>LAUREN RIES and SERENA ALGOZER<br><br>(*Additional counsel listed on signature page*) |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAUREN RIES and SERENA ALGOZER, individuals on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>     v.<br><br>HORNELL BREWING COMPANY, INC., *et al.*, Defendants. | CASE NO. CV 3:10-cv-01139-RS<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

CASE NO. CV 3:10-cv-01139-RS

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
AND SETTING NEW HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS

**TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

THIS STIPULATION, entered into by and between plaintiffs, Lauren Ries and Serena Algozer ("Plaintiffs"), and defendants, Hornell Brewing Co., Inc. d/b/a Ferolito Vultaggio & Sons, Inc., Beverage Marketing USA, Inc. and Arizona Beverages USA, LLC ("Defendants"), hereby respectfully request a continuance of the briefing and hearing schedule for Plaintiffs' Motion for Class Certification [DE 116] and Defendants' Motion for Summary Judgment [DE 111].

The parties jointly propose the following schedule:

(1)     Defendants' motion for summary judgment and Plaintiffs' motion for class certification shall be heard **September 27, 2012;**

(2)     Defendants' opposition to Plaintiffs' motion for class certification and Plaintiffs' opposition to Defendants' motion for summary judgment will be due **September 6, 2012;** and

(3)     Respective reply briefs will be due **September 13, 2012.**

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

DATED:  August 7, 2012          SEDGWICK LLP


                                By:  */s/ Kevin J. Dunne*
                                     Kevin J. Dunne (Bar No. 40030)


                                MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

                                By:  */s/ Robert P. Donovan*
                                     Robert P. Donovan (*pro hac vice*)
                                     Lewis H. Goldfarb (*pro hac vice* to be filed)
                                     Three Gateway Center
                                     100 Mulberry Street
                                     Newark, New Jersey  07102
                                     Telephone: (973) 622-7711
                                     Facsimile: (973) 622-5314

                                     Attorneys for Defendants
                                     ARIZONA BEVERAGES USA LLC, HORNELL BREWING CO., INC., d/b/a FEROLITO, VULTAGGIO & SONS, INC. and BEVERAGE MARKETING USA,

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND SETTING NEW HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS

1              INC.

2    DATED:  August 7, 2012        JACKSON & TUCKER PC

3                                  By:  */s/ Joseph L. Tucker (with permission)*
4                                       Joseph L. Tucker (*pro hac vice*)
                                        2229 First Avenue North
5                                       Birmingham, Alabama 35203
                                        Telephone: (205) 252-3535
6                                       Facsimile: (205) 252-3536

7                                       BAKER LAW PC
                                        G. RICHARD BAKER Bar No. 224003
8                                       richard@bakerlawpc.com
                                        2229 First Avenue North
9                                       Birmingham, Alabama 35203
                                        Telephone: (205) 241-9608
10                                      Facsimile: (205) 449-0050

11                                      WILENTZ GOLDMAN & SPITZER P.A.
                                        Kevin P. Roddy (Bar No. 128283)
12                                      Phillip A. Tortoreti (*pro hac vice* to be filed)
                                        Daniel R. Lapinski (*pro hac vice* to be filed)
13                                      Suite 900 Box 10
                                        Woodbridge, New Jersey 07095
14                                      Telephone: (732) 636-8000
                                        Facsimile: (205) 449-0050

15
16                                      DL LAW GROUP
                                        David D. Lilienstein (Bar No. 218923)
17                                      345 Franklin Street
                                        San Francisco, California 94102
                                        Telephone (415) 271-7169
18                                      Facsimile (415) 358-8484

19                                      Attorneys for Plaintiffs
                                        LAUREN RIES and SERENA ALGOZER
20

21
                                    [~~PROPOSED~~] **ORDER**
22
       Pursuant to the stipulation of the parties, and good cause appearing therefor,
23
       **IT IS SO ORDERED**.
24

25   DATED: August __7__, 2012        _____
                                      THE HONORABLE RICHARD SEEBORG
26                                    UNITED STATES DISTRICT JUDGE

27

28

---

SF/2877259v1                          3                    CASE NO. 3:10-cv-01139-RS

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
AND SETTING NEW HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS