IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAUREN RIES and SERENA ALGOZER, | No. C 10-01139 RS |
| Plaintiffs,<br>v. | **CASE MANAGEMENT<br>SCHEDULING ORDER** |
| HORNELL BREWING CO., | |
| Defendant. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on November 29, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. ALTERNATIVE DISPUTE RESOLUTION.

MEET AND CONFER. The parties shall meet and confer regarding the selection of a form of Alternative Dispute Resolution within the next two weeks.

2. FURTHER SCHEDULING. All dates set in the December 16, 2011 Scheduling Order remain in place, with the exception of the Trial date and Pretrial Conference, which are re-set below.

1  3. PRETRIAL CONFERENCE. The final pretrial conference will be held on **May 2, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

4. TRIAL DATE. A bench trial shall commence on **May 13, 2013 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: 11/29/12

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER