| | |
|---|---|
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>ROBERT P. DONOVAN (*pro hac vice*)<br>rdonovan@mdmc-law.com<br>LEWIS H. GOLDFARB<br>(*pro hac vice*)<br>lgoldfarb@mdmc-law.com<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey  07102<br>Telephone: (973) 622-7711<br>Facsimile: (973) 622-5314<br><br>SEDGWICK LLP<br>KEVIN J. DUNNE  Bar No. 40030<br>kevin.dunne@sedgwicklaw.com<br>333 Bush Street, 30th Floor<br>San Francisco, California 94104<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635<br><br>*Attorneys for Defendants*<br>ARIZONA BEVERAGES USA LLC,<br>HORNELL BREWING CO., INC. d/b/a<br>FEROLITO, VULTAGGIO & SONS, INC.,<br>and BEVERAGE MARKETING USA, INC. | BAKER LAW PC<br>G. RICHARD BAKER (SBN: 224003)<br>richard@bakerlawpc.com<br>612 32nd Street South, #213<br>Birmingham, Alabama 35233<br>Telephone: (205) 201-2328<br>Facsimile: (800) 886-6556<br><br>JACKSON & TUCKER PC<br>JOSEPH L. TUCKER (*pro hac vice*)<br>josh@jacksonandtucker.com<br>2229 First Avenue North<br>Birmingham, Alabama 35203<br>Telephone: (205) 252-3535<br>Facsimile: (205) 252-3536<br><br>DL LAW GROUP<br>DAVID M. LILIENSTEIN (SBN: 218923)<br>david@dllawgroup.com<br>345 Franklin Street<br>San Francisco, CA 94102<br>Telephone:  (415) 271-7169<br>Facsimile:  (415) 358-8484<br><br>WILENTZ, GOLDMAN & SPITZER, P.A.<br>KEVIN P. RODDY (State Bar No. 128283)<br>DANIEL R. LAPINSKI (*pro hac vice*)<br>kroddy@wilentz.com<br>dlapinski@wilentz.com<br>90 Woodbridge Center Drive, Suite 900<br>Woodbridge, NJ 07095<br>Telephone:  (732) 636-8000<br>Facsimile:  (732) 726-6686<br><br>*Attorneys for Plaintiffs*<br>LAUREN RIES and SERENA ALGOZER |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LAUREN RIES and SERENA ALGOZER, Individuals on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br>   v.<br><br>HORNELL BREWING COMPANY, INC., *et al.*,<br><br>         Defendants. | **CASE NO. CV 10-01139 RS**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING HEARING SCHEDULE AND DUE DATE FOR ALL PRETRIAL MOTIONS** |

**TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

THIS STIPULATION, entered into by and between plaintiffs, Lauren Ries and Serena Algozer ("Plaintiffs"), and defendants, Hornell Brewing Co, Inc., d/b/a Ferolito, Vultaggio & Sons, Inc., Beverage Marketing USA., Inc., and Arizona Beverages USA LLC (collectively, "Defendants"), hereby respectfully request an extension of the hearing schedule and due date for all pretrial motions set forth in the Case Management Scheduling Order [DE 110].

The parties jointly propose the following schedule:

The hearing date for all pretrial motions shall be extended so that all such motions shall be filed so as to be heard no later than March 14, 2013.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

DATED: December 6, 2012

*s/ Robert P. Donovan*
Robert P. Donovan (*pro hac vice*)
McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
*Attorneys for Defendants*

DATED: December 6, 2012

*s/ Kevin J. Dunne*
Kevin J. Dunne
Andrew J. King
SEDGWICK LLP
*Attorneys for Defendants*

DATED: December 6, 2012

*s/ Daniel R. Lapinski*
Daniel R. Lapinski
WILENTZ, GOLDMAN & SPITZER, P.A.
*Attorneys for Plaintiffs*

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, and good cause appearing therefore,

**IT IS SO ORDERED.**

DATED: __12/10_____, 2012       _____
                                       THE HONORABLE RICHARD SEEBORG
                                       UNITED STATES DISTRICT JUDGE

#1877919

STIPULATION AND [PROPOSED] ORDER EXTENDING HEARING         CASE NO. CV 10-01139 RS
SCHEDULE AND DUE DATE FOR ALL PRETRIAL MOTIONS