| | |
|---|---|
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>ROBERT P. DONOVAN (*pro hac vice*)<br>rdonovan@mdmc-law.com<br>LEWIS H. GOLDFARB (*pro hac vice*)<br>lgoldfarb@mdmc-law.com<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey  07102<br>Telephone: (973) 622-7711<br>Facsimile: (973) 622-5314<br><br>SEDGWICK LLP<br>KEVIN J. DUNNE  Bar No. 40030<br>kevin.dunne@sedgwicklaw.com<br>333 Bush Street, 30th Floor<br>San Francisco, California 94104<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635<br><br>*Attorneys for Defendants*<br>HORNELL BREWING COMPANY, INC. d/b/a FEROLITO, VULTAGGIO & SONS, INC., ARIZONA BEVERAGES USA LLC and BEVERAGE MARKETING USA, INC. | BAKER LAW PC<br>G. RICHARD BAKER (SBN: 224003)<br>richard@bakerlawpc.com<br>524 Union Street, Suite 213<br>San Francisco, CA94133<br>Telephone: (205) 201-2328<br>Facsimile: (800) 866-6556<br><br>JACKSON & TUCKER PC<br>JOSEPH L. TUCKER (*pro hac vice*)<br>josh@jacksonandtucker.com<br>2229 First Avenue North<br>Birmingham, Alabama 35203<br>Telephone: (205) 252-3535<br>Facsimile: (205) 252-3536<br><br>DL LAW GROUP<br>DAVID M. LILIENSTEIN (SBN: 218923)<br>david@dllawgroup.com<br>345 Franklin Street<br>San Francisco, CA 94102<br>Telephone:  (415) 271-7169<br>Facsimile:  (415) 358-8484<br><br>WILENTZ, GOLDMAN & SPITZER, P.A.<br>KEVIN P. RODDY (State Bar No. 128283)<br>DANIEL R. LAPINSKI (*pro hac vice*)<br>kroddy@wilentz.com<br>dlapinski@wilentz.com<br>90 Woodbridge Center Drive, Suite 900<br>Woodbridge, NJ<br>Telephone:  (732) 636-8000<br>Facsimile:  (732) 726-6686<br><br>*Attorneys for Plaintiffs Lauren Ries and Serena Algozer and the Certified Class* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LAUREN RIES and SERENA ALGOZER, Individuals on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br>　v.<br><br>HORNELL BREWING COMPANY, INC., *et al.*,<br><br>　　　　Defendants. | **CASE NO. CV 10-01139 RS**<br><br><br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTIONS AND EXTENDING HEARING SCHEDULE FOR ALL PRETRIAL MOTIONS** |

**TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

THIS STIPULATION, entered into by and between the Plaintiff Class Representatives, Lauren Ries and Serena Algozer ("Plaintiffs"), and Defendants, Hornell Brewing Co., Inc. d/b/a Ferolito Vultaggio & Sons, Inc., Beverage Marketing USA, Inc. and Arizona Beverages USA, LLC ("Defendants"), hereby respectfully request a continuance of the hearing scheduled for January 17, 2013, for Plaintiffs' MOTION TO REOPEN FACT DISCOVERY AND EXTEND EXPERT DISCOVERY [DE 160] and PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT [DE 157] and respectfully request a corresponding extension of the hearing schedule and due date for all pretrial motions set forth in the order entered on December 10, 2012 [DE 163].

The parties jointly propose the following schedule:

(1) Plaintiffs' MOTION TO REOPEN FACT DISCOVERY AND EXTEND EXPERT DISCOVERY and PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT shall be heard on February 7, 2013, before the Court; and

(2) The hearing date for all pretrial motions shall be extended so that such motions shall be filed so as to be heard no later than April 4, 2013.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

DATED: January 10, 2013.

SEDGWICK LLP
Kevin J. Dunne (Bar No. 40030)
/s/ Kevin J. Dunne
333 Bush Street, 30th Floor
San Francisco, California 94104

MCELROY, DEUTSCH, MULVANEY & CARPENTER
Robert P. Donovan (pro hac vice)
/s/ Robert P. Donovan

Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-7711
Facsimile: (973) 622-5314

*Attorneys for Defendants*

WILENTZ GOLDMAN & SPITZER P.A.
Kevin P. Roddy (Bar No. 128283)
Phillip A. Tortoreti (pro hac vice)
Daniel R. Lapinski (pro hac vice)
/s/ Daniel R. Lapinski
Suite 900 Box 10
Woodbridge, New Jersey 07095
Telephone: (732) 636-8000
Facsimile: (205) 449-0050

JACKSON & TUCKER PC
Joseph L. Tucker (pro hac vice)
/s/ Joseph L. Tucker
2229 First Avenue North
Birmingham, Alabama 35203
Telephone: (205) 252-3535
Facsimile: (205) 252-3536

BAKER LAW PC
G. Richard Baker (Bar No. 224003)
richard@bakerlawpc.com
richard@bakerlawpc.com
524 Union Street, Suite 213
San Francisco, CA 94133
Telephone: (205) 201-2328
Facsimile: (205) 449-0050

DL LAW GROUP
David D. Lilienstein (Bar No. 218923)
345 Franklin Street
San Francisco, California 94102
Telephone (415) 271-7169
Facsimile (415) 358-8484

*Attorneys for Plaintiff Class Representatives and the Certified Class*

[~~PROPOSED~~] ORDER

Pursuant to stipulation,

**IT IS SO ORDERED.**

**DATED:** January _____, 2013

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE