| | |
|---|---|
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>ROBERT P. DONOVAN (*pro hac vice*)<br>rdonovan@mdmc-law.com<br>LEWIS H. GOLDFARB (*pro hac vice*)<br>lgoldfarb@mdmc-law.com<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey  07102<br>Telephone: (973) 622-7711<br>Facsimile: (973) 622-5314<br><br>SEDGWICK LLP<br>KEVIN J. DUNNE  Bar No. 40030<br>kevin.dunne@sedgwicklaw.com<br>333 Bush Street, 30th Floor<br>San Francisco, California 94104<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635<br><br>*Attorneys for Defendants*<br>HORNELL BREWING COMPANY, INC. d/b/a FEROLITO, VULTAGGIO & SONS, INC., ARIZONA BEVERAGES USA LLC and BEVERAGE MARKETING USA, INC. | BAKER LAW PC<br>G. RICHARD BAKER (SBN: 224003)<br>richard@bakerlawpc.com<br>612 32nd Street South, Suite 213<br>Birmingham, Alabama 35233<br>Telephone: (205) 201-2328<br>Facsimile: (800) 866-6556<br><br>JACKSON & TUCKER PC<br>JOSEPH L. TUCKER (*pro hac vice*)<br>josh@jacksonandtucker.com<br>2229 First Avenue North<br>Birmingham, Alabama 35203<br>Telephone: (205) 252-3535<br>Facsimile: (205) 252-3536<br><br>DL LAW GROUP<br>DAVID M. LILIENSTEIN (SBN: 218923)<br>david@dllawgroup.com<br>345 Franklin Street<br>San Francisco, CA 94102<br>Telephone:  (415) 271-7169<br>Facsimile:  (415) 358-8484<br><br>WILENTZ, GOLDMAN & SPITZER, P.A.<br>KEVIN P. RODDY (State Bar No. 128283)<br>DANIEL R. LAPINSKI (*pro hac vice*)<br>kroddy@wilentz.com<br>dlapinski@wilentz.com<br>90 Woodbridge Center Drive, Suite 900<br>Woodbridge, NJ<br>Telephone:  (732) 636-8000<br>Facsimile:  (732) 726-6686<br><br>*Attorneys for Plaintiffs Lauren Ries and Serena Algozer and the Certified Class* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LAUREN RIES and SERENA ALGOZER, Individuals on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br>　v.<br><br>HORNELL BREWING COMPANY, INC., *et al.*,<br><br>　　　　Defendants. | **CASE NO. CV 10-01139 RS**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DUE DATE FOR JOINT PRETRIAL STATEMENT** |

**TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

THIS STIPULATION, entered into by and between the Plaintiff Class Representatives, Lauren Ries and Serena Algozer ("Plaintiffs"), and Defendants, Hornell Brewing Co., Inc. d/b/a Ferolito Vultaggio & Sons, Inc., Beverage Marketing USA, Inc. and Arizona Beverages USA, LLC ("Defendants"), hereby respectfully request an extension of the due date for the parties' joint pretrial statement currently scheduled to be filed on or before February 28, 2013 (DE 110).

The parties jointly propose the following schedule:

At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before April 11, 2013, counsel shall file a Joint Pretrial Statement.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

DATED: February 14, 2013.

SEDGWICK LLP
Kevin J. Dunne (Bar No. 40030)
/s/ Kevin J. Dunne
333 Bush Street, 30th Floor
San Francisco, California 94104

MCELROY, DEUTSCH, MULVANEY & CARPENTER
Robert P. Donovan (pro hac vice)
/s/ Robert P. Donovan

Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-7711
Facsimile: (973) 622-5314

*Attorneys for Defendants*

JACKSON & TUCKER PC
Joseph L. Tucker (pro hac vice)
/s/ Joseph L. Tucker
2229 First Avenue North
Birmingham, Alabama 35203
Telephone: (205) 252-3535
Facsimile: (205) 252-3536

| | |
|---|---|
| 1 | WILENTZ GOLDMAN & SPITZER P.A.<br>Kevin P. Roddy (Bar No. 128283) |
| 2 | Phillip A. Tortoreti (pro hac vice)<br>Daniel R. Lapinski (pro hac vice) |
| 3 | Suite 900 Box 10<br>Woodbridge, New Jersey 07095 |
| 4 | Telephone: (732) 636-8000<br>Facsimile: (205) 449-0050 |
| 5 | |
| 6 | BAKER LAW PC<br>G. Richard Baker (Bar No. 224003) |
| 7 | richard@bakerlawpc.com<br>612 32nd Street South, #213 |
| 8 | Birmingham, Alabama 35233<br>Telephone: (205) 201-2328<br>Facsimile: (205) 449-0050 |
| 9 | |
| 10 | DL LAW GROUP<br>David D. Lilienstein (Bar No. 218923) |
| 11 | 345 Franklin Street<br>San Francisco, California 94102 |
| 12 | Telephone (415) 271-7169<br>Facsimile (415) 358-8484 |
| 13 | *Attorneys for Plaintiff Class Representatives and* |
| 14 | *the Certified Class* |

15                              **[PROPOSED] ORDER**

16    Pursuant to the stipulation of the parties and good cause appearing therefor,

17    **IT IS SO ORDERED.**

18

19    **DATED:**  2/15/13                    THE HONORABLE RICHARD SEEBORG
                                             UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order Extending Due date for Joint Pretrial Statement

CASE NO. CV 10-01139 RS

SF/