| | |
|---|---|
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>ROBERT P. DONOVAN (*pro hac vice*)<br>rdonovan@mdmc-law.com<br>LEWIS H. GOLDFARB (*pro hac vice*)<br>lgoldfarb@mdmc-law.com<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey  07102<br>Telephone: (973) 622-7711<br>Facsimile: (973) 622-5314<br><br>SEDGWICK LLP<br>KEVIN J. DUNNE  Bar No. 40030<br>kevin.dunne@sedgwicklaw.com<br>333 Bush Street, 30th Floor<br>San Francisco, California 94104<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635<br><br>*Attorneys for Defendants*<br>HORNELL BREWING COMPANY, INC. d/b/a FEROLITO, VULTAGGIO & SONS, INC., ARIZONA BEVERAGES USA LLC and BEVERAGE MARKETING USA, INC. | BAKER LAW PC<br>G. RICHARD BAKER (SBN: 224003)<br>richard@bakerlawpc.com<br>612 32nd Street South, Suite 213<br>Birmingham, Alabama 35233<br>Telephone: (205) 201-2328<br>Facsimile: (800) 866-6556<br><br>JACKSON & TUCKER PC<br>JOSEPH L. TUCKER (*pro hac vice*)<br>josh@jacksonandtucker.com<br>2229 First Avenue North<br>Birmingham, Alabama 35203<br>Telephone: (205) 252-3535<br>Facsimile: (205) 252-3536<br><br>DL LAW GROUP<br>DAVID M. LILIENSTEIN (SBN: 218923)<br>david@dllawgroup.com<br>345 Franklin Street<br>San Francisco, CA 94102<br>Telephone:  (415) 271-7169<br>Facsimile:  (415) 358-8484<br><br>WILENTZ, GOLDMAN & SPITZER, P.A.<br>KEVIN P. RODDY (State Bar No. 128283)<br>DANIEL R. LAPINSKI (*pro hac vice*)<br>kroddy@wilentz.com<br>dlapinski@wilentz.com<br>90 Woodbridge Center Drive, Suite 900<br>Woodbridge, NJ<br>Telephone:  (732) 636-8000<br>Facsimile:  (732) 726-6686<br><br>*Attorneys for Plaintiffs Lauren Ries and Serena Algozer and the Certified Class* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LAUREN RIES and SERENA ALGOZER, Individuals on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br>   v.<br><br>HORNELL BREWING COMPANY, INC., *et al.*,<br><br>     Defendants. | **CASE NO. CV 10-01139 RS**<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING HEARING DATE AND SETTING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO EXCLUDE EXPERT OPINION** |

**TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

THIS STIPULATION, entered into by and between the Plaintiff Class Representatives, Lauren Ries and Serena Algozer ("Plaintiffs"), and Defendants, Hornell Brewing Co., Inc. d/b/a Ferolito Vultaggio & Sons, Inc., Beverage Marketing USA, Inc. and Arizona Beverages USA, LLC ("Defendants"), hereby respectfully request a shortening of the hearing date for the Plaintiffs' motion to exclude expert opinion testimony (DE 178) currently scheduled to be heard April 4, 2013.

The parties jointly propose the following briefing and hearing schedule with respect to Plaintiffs' motion to exclude expert opinion:

1. Defendants' response in opposition to Plaintiffs' motion to exclude expert opinion shall be filed and served on or before March 14, 2013.

2. Plaintiffs' reply brief shall be filed and served on or before March 21, 2013.

3. Plaintiffs' motion to exclude expert opinion shall be heard on March 28, 2013 at 1:30 pm.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

DATED: March 1, 2013.

SEDGWICK LLP
Kevin J. Dunne (Bar No. 40030)
/s/ Kevin J. Dunne
333 Bush Street, 30th Floor
San Francisco, California 94104

MCELROY, DEUTSCH, MULVANEY & CARPENTER
Robert P. Donovan (pro hac vice)
/s/ Robert P. Donovan
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-7711
Facsimile: (973) 622-5314

*Attorneys for Defendants*

JACKSON & TUCKER PC
Joseph L. Tucker (pro hac vice)
/s/ Joseph L. Tucker
2229 First Avenue North
Birmingham, Alabama 35203

```
Telephone: (205) 252-3535
Facsimile: (205) 252-3536


BAKER LAW PC
G. Richard Baker (Bar No. 224003)
richard@bakerlawpc.com
612 32nd Street South, #213
Birmingham, Alabama 35233
Telephone: (205) 201-2328
Facsimile: (205) 449-0050


WILENTZ GOLDMAN & SPITZER P.A.
Kevin P. Roddy (Bar No. 128283)
Phillip A. Tortoreti (pro hac vice)
Daniel R. Lapinski (pro hac vice)
Suite 900 Box 10
Woodbridge, New Jersey 07095
Telephone: (732) 636-8000
Facsimile: (205) 449-0050

DL LAW GROUP
David D. Lilienstein (Bar No. 218923)
345 Franklin Street
San Francisco, California 94102
Telephone (415) 271-7169
Facsimile (415) 358-8484
```

*Attorneys for Plaintiff Class Representatives and the Certified Class*

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, and good cause appearing therefor,

**IT IS SO ORDERED**.

DATED:  3/1/13

*/s/ Richard Seeborg*
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE