IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAUREN RIES, and SERENA ALGOZER, individually and on behalf of all others similarly situated, | No. 10-01139 RS |
| | **JUDGMENT** |
| Plaintiffs, | |
| v. | |
| ARIZONA BEVERAGES USA LLC, HORNELL BREWING COMPANY, INC., BEVERAGE MARKETING USA, INC., and FEROLITO, VULTAGGIO & SONS, INC., | |
| Defendants. | |

Pursuant to the order granting defendants' motion for summary judgment, judgment is hereby entered in defendants' favor.

IT IS SO ORDERED.

Dated: 3/28/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE