| | |
|---|---|
| McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>ROBERT P. DONOVAN (*pro hac vice*)<br>rdonovan@mdmc-law.com<br>LEWIS H. GOLDFARB (*pro hac vice*)<br>lgoldfarb@mdmc-law.com<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey  07102<br>Telephone: (973) 622-7711<br>Facsimile: (973) 622-5314<br><br>SEDGWICK LLP<br>KEVIN J. DUNNE  Bar No. 40030<br>kevin.dunne@sedgwicklaw.com<br>333 Bush Street, 30th Floor<br>San Francisco, California 94104<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635<br><br>*Attorneys for Defendants*<br>HORNELL BREWING COMPANY, INC.<br>d/b/a FEROLITO, VULTAGGIO & SONS, INC., ARIZONA BEVERAGES USA LLC<br>and BEVERAGE MARKETING USA, INC. | BAKER LAW PC<br>G. RICHARD BAKER (SBN: 224003)<br>richard@bakerlawpc.com<br>612 32nd Street South, Suite 213<br>Birmingham, Alabama 35233<br>Telephone: (205) 201-2328<br>Facsimile: (800) 866-6556<br><br>JACKSON & TUCKER PC<br>JOSEPH L. TUCKER (*pro hac vice*)<br>josh@jacksonandtucker.com<br>2229 First Avenue North<br>Birmingham, Alabama 35203<br>Telephone: (205) 252-3535<br>Facsimile: (205) 252-3536<br><br>DL LAW GROUP<br>DAVID M. LILIENSTEIN (SBN: 218923)<br>david@dllawgroup.com<br>345 Franklin Street<br>San Francisco, CA 94102<br>Telephone:  (415) 271-7169<br>Facsimile:  (415) 358-8484<br><br>WILENTZ, GOLDMAN & SPITZER, P.A.<br>KEVIN P. RODDY (State Bar No. 128283)<br>DANIEL R. LAPINSKI (*pro hac vice*)<br>kroddy@wilentz.com<br>dlapinski@wilentz.com<br>90 Woodbridge Center Drive, Suite 900<br>Woodbridge, NJ<br>Telephone:  (732) 636-8000<br>Facsimile:  (732) 726-6686<br><br>*Attorneys for Plaintiffs* Lauren Ries and Serena Algozer |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LAUREN RIES and SERENA ALGOZER, Individuals on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>  v.<br><br>HORNELL BREWING COMPANY, INC., *et al.*,<br><br>    Defendants. | **CASE NO. CV 10-01139 RS**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS' MOTION FOR ATTORNEY'S FEES AND SETTING BRIEFING SCHEDULE** |

#2050158

Stipulation and [Proposed] Order Extending Deadline and Briefing Schedule for Defendants' Motion
CASE NO. CV 10-01139 RS

**TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

THIS STIPULATION, entered into by and between the Plaintiffs, Lauren Ries and Serena Algozer ("Plaintiffs"), and Defendants, Hornell Brewing Co., Inc. d/b/a Ferolito Vultaggio & Sons, Inc., Beverage Marketing USA, Inc. and Arizona Beverages USA, LLC ("Defendants"), hereby respectfully request an extension of the deadline for the Defendants to file a motion for attorney's fees.

The parties jointly propose the following schedule with respect to Defendants' motion for attorney's fees:

1. Defendants' motion for attorney's fees shall be filed and served on or before May 2, 2013;

2. Plaintiffs' response in opposition shall be filed and served on or before May 23, 2013;

3. Defendants' reply shall be filed and served on or before May 30, 2013.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

DATED: April 18, 2013

SEDGWICK LLP
Kevin J. Dunne (Bar No. 40030)

*/s/ Kevin J. Dunne*
333 Bush Street, 30th Floor
San Francisco, California 94104


MCELROY, DEUTSCH, MULVANEY & CARPENTER
Robert P. Donovan (pro hac vice)

*/s/ Robert P. Donovan*
Three Gateway Center
100 Mulberry Street
Newark, New Jersey  07102
Telephone: (973) 622-7711
Facsimile: (973) 622-5314

*Attorneys for Defendants*

JACKSON & TUCKER PC
Joseph L. Tucker (pro hac vice)

*/s/ Joseph L. Tucker*
2229 First Avenue North
Birmingham, Alabama 35203
Telephone: (205) 252-3535
Facsimile: (205) 252-3536

WILENTZ GOLDMAN & SPITZER P.A.
Philip A. Tortoreti (pro hac vice)
Kevin P. Roddy (Bar No. 128283)
Daniel R. Lapinski (pro hac vice)
90 Woodbridge Center Drive, Suite 900 Box 10
Woodbridge, New Jersey 07095
Telephone: (732) 636-8000
Facsimile: (205) 449-0050

BAKER LAW PC
G. Richard Baker (Bar No. 224003)
richard@bakerlawpc.com
612 32nd Street South, #213
Birmingham, Alabama 35233
Telephone: (205) 201-2328
Facsimile: (205) 449-0050

DL LAW GROUP
David D. Lilienstein (Bar No. 218923)
345 Franklin Street
San Francisco, California 94102
Telephone (415) 271-7169
Facsimile (415) 358-8484

*Attorneys for Plaintiffs*

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing therefor,

**IT IS SO ORDERED.**

**DATED:** April 18 2013

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

#2050158/

Page 3 of 3
Stipulation and [Proposed] Order Extending Deadline and Setting Briefing Schedule for Defendants' Motion
CASE NO. CV 10-01139 RS